*man,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Watson, Appellant.

Argued December 6, 1973. *Louis C. Johanson,* for appellant; *Louis A. Perez, Jr.,* Assistant District Attorney, with him *James T. Ranney* and *David Richman,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Williams, Appellant.

Submitted December 3, 1973. *Robert W. Brown,* Assistant Public Defender, for appellant; *Howard R. Miller,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Williams, Appellant.

840

Submitted December 3, 1973. *Richard A. DeMichele,* for appellant; *Maxine J. Stotland* and *David Richman,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth v. Williams, Appellant.

Submitted December 3, 1973. *George T. Guarnieri,* for appellant; *Mark Sendrow* and *David Richman,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.

## Commonwealth v. Williams, Appellant.

Submitted September 17, 1973. *Daniel H. Shertzer,* for appellant; *Michael H. Ranck* and *George T. Brubaker,* Assistant District Attorneys, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Williams, Appellant.